# Third District Court of Appeal
## State of Florida

Opinion filed March 22, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-498
Lower Tribunal No. F20-11917
_____

**Javier Parsons,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Andrea R. Wolfson, Judge.

Carlos J. Martinez, Public Defender, and Shannon Hemmendinger, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Ivy R. Ginsberg, Assistant Attorney General, for appellee.

Before FERNANDEZ, C.J., and LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed. See Peoples v. State, 251 So. 3d 291 (Fla. 1st DCA 2018); State v. Upton, 658 So. 2d 86, 87 (Fla. 1995), approved sub nom. Johnson v. State, 994 So. 2d 960 (Fla. 2008) ("When the record contains a written waiver signed by the defendant, the waiver will be upheld." (citing to Parker v. State, 636 So. 2d 794 (Fla. 1st DCA), review denied, 642 So. 2d 747 (Fla.1994); Dumas v. State, 439 So. 2d 246 (Fla. 3d DCA 1983) (en banc), review denied, 462 So. 2d 1105 (Fla. 1985))).